LINDA BALDWIN JONES, Bar No. 178922
ROBERTA PERKINS, Bar No. 153074
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone: (510) 337-1001
Facsimile: (510) 337-1023
E-Mail: lbjones@unioncounsel.net
        rperkins@unioncounsel.net
        courtnotices@unioncounsel.net

NOREY L. NAVARRO, Bar No. 348231
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
800 Wilshire Blvd. Suite 1020
Los Angeles, California 90017
Telephone: (213) 380-2344
Facsimile: (213) 443-5098
E-Mail: nnavarro@unioncounsel.net
        darmstrong@unioncounsel.net

Attorneys for Plaintiffs

*Additional Counsel Listed on Following Page*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF OPERATING ENGINEERS LOCAL 501 SECURITY FUND; BOARD OF TRUSTEES OF OPERATING ENGINEERS LOCAL 501 INDIVIDUAL ACCOUNT PLAN TRUST FUND; AND BOARD OF TRUSTEES OF CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS,<br><br>Plaintiffs,<br><br>v.<br><br>CUSHMAN & WAKEFIELD U.S., | Case No. 2:25-cv-07386-SRM-RAO<br><br>**STIPULATION OF DISMISSAL OF ACTION** |

1

STIPULATION OF DISMISSAL OF ACTION
Case No.  2:25-cv-07386-SRM-RAO

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
800 Wilshire Blvd. Suite 1020
Los Angeles, California 90017
(213) 380-2344

INC., a California Corporation, formerly known as CUSHFIELD MAINTENANCE WEST CORP.,

Defendant.

*Additional Counsel:*

RYAN R. TIKKER, Bar No. 312860
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, California 90067
Telephone: (310) 277-7200
Facsimile: (310) 201-5219
Email:  rtikker@seyfarth.com

JULES A. LEVENSON, *admitted pro hac vice*
SEYFARTH SHAW LLLP
233 S. Wacker Drive, Suite 800
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
Email:  jlevenson@Seyfarth.com

Attorneys for Defendant

STIPULATION OF DISMISSAL OF ACTION
Case No.  2:25-cv-07386-SRM-RAO

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
800 Wilshire Blvd. Suite 1020
Los Angeles, California 90017
(213) 380-2344

The parties, BOARD OF TRUSTEES OF OPERATING ENGINEERS LOCAL 501 SECURITY FUND; BOARD OF TRUSTEES OF OPERATING ENGINEERS LOCAL 501 INDIVIDUAL ACCOUNT PLAN TRUST FUND; AND BOARD OF TRUSTEES OF CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS ("Plaintiffs") and CUSHMAN & WAKEFIELD U.S., INC., a California Corporation, formerly known as CUSHFIELD MAINTENANCE WEST CORP. ("Defendant") (collectively, the "Parties"), hereby stipulate and agree pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) that, having reached a settlement of the dispute, which has been satisfied in full, this action be dismissed with prejudice as to all claims, causes of action, and parties. Each party shall bear its own costs and fees.

Dated:                                WEINBERG, ROGER & ROSENFELD
                                      A Professional Corporation


                                      /s/ Roberta D. Perkins
                        By:           ROBERTA D. PERKINS
                                      Attorneys for Plaintiffs


Dated:                                SEYFARTH SHAW LLP


                                      /s/ Ryan R. Tikker
                                      /s/ Jules Levenson
                        By:           RYAN R. TIKKER
                                      JULES A. LEVENSON
                                      Attorneys for Defendant

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
800 Wilshire Blvd. Suite 1020
Los Angeles, California 90017
(213) 380-2344

3

STIPULATION OF DISMISSAL OF ACTION
Case No.  2:25-cv-07386-SRM-RAO

## CERTIFICATE OF AUTHORIZATION

Pursuant to Local Rule 5-4.3.4(a)(2), I, Roberta D. Perkins, certify that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Roberta D. Perkins*

By: ROBERTA D. PERKINS

Attorneys for Plaintiffs

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
800 Wilshire Blvd. Suite 1020
Los Angeles, California 90017
(213) 380-2344

4

STIPULATION OF DISMISSAL OF ACTION
Case No.  2:25-cv-07386-SRM-RAO